**Order filed October 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00454-CR
_____

**MOSES LOPEZ, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1352903**

---

## ORDER

The reporter's record in this case was due **July 22, 2013**. *See* Tex. R. App. P. 35.1. On **July 30, 2013**, this court ordered the court reporter to file the record within 30 days. On **September 05, 2013**, this court GRANTED Tiffani June-Yeates motion for extension of time to file the record on or before **October 01, 2013**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tiffani June-Yeates**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Tiffani June-Yeates** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM